EXHIBIT A

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| Cliff Palefsky,Esq \| SBN: Bar No.77683<br>McGUINN HILLSMAN & PALEFSKY<br>535 Pacific Avenue   San Francisco, CA 94133 | | 20CV373375<br>Santa Clara – Civil<br><br>System System<br><br>**Electronically Filed**<br>**by Superior Court of CA,**<br>**County of Santa Clara,**<br>**on 12/10/2020 10:22 AM**<br>**Reviewed By: System System**<br>**Case #20CV373375**<br>**Envelope: 5447082** |
| TELEPHONE NO.: (415) 421-9292 \| FAX NO.   \| E-MAIL ADDRESS | | |
| ATTORNEY FOR (Name): : | | |
| Superior Court Of California, County Of Santa Clara<br>STREET ADDRESS: 191 N. 1st Street<br>CITY AND ZIP CODE: San Jose, CA 95113<br>BRANCH NAME: Downtown Superior Court | | |
| PLAINTIFF/PETITIONER: ERICA SORIA<br>DEFENDANT/RESPONDENT: AMERICAN PARAGON PROTECTIVE SERVICES, LLC, ET AL. | | CASE NUMBER:<br>20CV373375 |
| **PROOF OF SERVICE OF SUMMONS** | | Ref. No. or File No.:<br>Soria |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **Civil Lawsuit Notice**
3. a. Party served *(specify name of party as shown on documents served):*
   **AMERICAN PARAGON PROTECTIVE SERVICES, LLC**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **CT Corporation System, Registered Agent by serving Jessie Gastelum - Agent for Service of Process**
   Age: 30's | Weight: 180 lbs. | Hair: Blond | Sex: Female | Height: 5'3" | Eyes: Brown | Race: Hispanic
4. Address where the party was served: **818 W 7th St Ste 930**
   **Los Angeles, CA 90017-3476**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **12/9/2020**   (2) at *(time):* **1:45 PM**
   b. ☐ **by substituted service.** On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date):*   from *(city):*   or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | | Page 1 of 2 |
|---|---|---|
| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/SF27737A** |

| PETITIONER: ERICA SORIA | CASE NUMBER: |
|---|---|
| RESPONDENT: AMERICAN PARAGON PROTECTIVE SERVICES, LLC, ET AL. | 20CV373375 |

Case 5:21-cv-00135-NC   Document 1-1   Filed 01/07/21   Page 3 of 3

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date):*   (2) from *(city):*

  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of **AMERICAN PARAGON PROTECTIVE SERVICES, LLC**
     under the following Code of Civil Procedure section:

     ☐ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
     ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
     ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
     ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
     ☐ 416.50 (public entity)                    ☐ 415.46 (occupant)
                                                 ☑ other: **Corporation Code 17061**

7. **Person who served papers**
   a. Name: **Dion Jones - Nationwide Legal, LLC REG: 12-234648**
   b. Address: **859 Harrison Street, Suite A  San Francisco, CA 94107**
   c. Telephone number: **(415) 351-0400**
   d. **The fee** for service was: **$ .00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
          (i) ☐ owner   ☐ employee   ☑ independent contractor.
          (ii) Registration No.: **2013128925**
          (iii) County: **Los Angeles**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **12/9/2020**

**N** Nationwide Legal, LLC
859 Harrison Street, Suite A
San Francisco, CA 94107
(415) 351-0400
www.nationwideasap.com

_____      ▶  *(signature)*
            **Dion Jones**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)