Donald P. Sullivan (State Bar No. 191080)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Donald.Sullivan@jacksonlewis.com

Attorneys for Defendant
AMERICAN PARAGON PROTECTIVE
SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERICA SORIA, | Case No. |
| Plaintiff, | **DEFENDANT'S LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| AMERICAN PARAGON PROTECTIVE SERVICES, LLC, and DOES 1 through 10, inclusive, | |
| Defendant. | |

**TO THE CLERK OF THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, PLAINTIFF ERICA SORIA AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in

///

///

///

controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(1) American Paragon Protective Services, LLC, which is owned by American Eagle Protective Services and Paragon Systems, Inc.;

(2) American Eagle Protective Services, which is a privately-held company;

(3) Paragon Systems, Inc., which is a subsidiary of Securitas AB;

(4) Securitas AB, which is publicly-traded on the Stockholm securities exchange.

Dated: January 7, 2021

JACKSON LEWIS P.C.

By: _____
Donald P. Sullivan
Attorneys for Defendant
AMERICAN PARAGON PROTECTIVE SERVICES, LLC

4817-5319-7526, v. 1