Donald P. Sullivan (State Bar No. 191080)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Donald.Sullivan@jacksonlewis.com

Attorneys for Defendant
AMERICAN PARAGON PROTECTIVE
SERVICES, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ERICA SORIA,<br><br>            Plaintiff,<br><br>     v.<br><br>AMERICAN PARAGON PROTECTIVE SERVICES, LLC, and DOES 1 through 10, inclusive,<br><br>            Defendant. | Case No. 5:21-CV-00135 NC<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**LOCAL RULE 6-1** |

## STIPULATION

Plaintiff Erica Soria ("Plaintiff") and Defendant American Paragon Protective Services, LLC, ("Defendant") hereby stipulate pursuant to Civil Local Rule 6-1(a) that Defendant shall have until Monday, March 15, 2021 to answer or otherwise responds to Plaintiff's Complaint. This stipulated extension does not alter the date of any event or any deadline already fixed by the Court.

**IT IS SO STIPULATED.**

Date:  February 10, 2021                                    McGUINN, HILLSMAN & PALEFSKY

By:  /S/ Cliff Palefsky
Cliff Palefsky
Counsel for Plaintiff
ERICA SORIA

Date:  February 10, 2021                                    JACKSON LEWIS P.C.

By:  /s/ Donald P. Sullivan
Donald P. Sullivan
Counsel for Defendant
AMERICAN PARAGON
PROTECTIVE SERVICES, LLC

## SIGNATURE ATTESTATION

The filer hereby attests that he received consent and authority to execute and file from every signatory to this document.

Date: February 10, 2021                                    By:  /s/ Donald P. Sullivan
Donald P. Sullivan

4849-5480-1884, v. 1