Cliff Palefsky, Esq. (SBN 77683)
Matt Koski, Esq. (SBN 262803 )
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, California 94133
Telephone:  (415) 421-9292
Facsimile:   (415) 403-0202
Email: cp@mhpsf.com
　　　mkoski@mhpsf.com

Noah D. Lebowitz, Esq. (SBN 194982)
Law Office of Noah D. Lebowitz
1442A Walnut Street, No. 452
Berkeley, CA  94709
Telephone: (510) 229-8983
Email: noah@ndllegal.com

Attorneys for Plaintiff
ERICA SORIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA SORIA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>AMERICAN PARAGON PROTECTIVE SERVICES, LLP,<br><br>　　　　　　　Defendant(s). | Case No.: 21-cv-00135-NC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>F.R.Civ.P. 41(a)(1) |

McGuinn, Hil
& Palefsk
535 Pacific A
San Francisco, CA 94133
(415) 421-9292

Plaintiff Erica Soria and Defendant American Paragon Protective Services, LLP, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

McGUINN, HILLSMAN & PALEFSKY

Dated: July 28, 2021         By: /S/ Cliff Palefsky
                Cliff Palefsky
                Attorneys for Plaintiff
                ERICA SORIA

JACKSON LEWIS P.C.

Dated: July 28, 2021         By: /S/ Donald P. Sullivan
                Donald P. Sullivan
                Attorneys for Defendant
                AMERICAN PARAGON PROTECTIVE
                SERVICES

### SIGNATURE ATTESTATION

The filer hereby attests that he received consent and authority to execute and file from every signatory to this document.

Date: July 28, 2021          By: /S/ Donald P. Sullivan
                Donald P. Sullivan

4826-8988-3124, v. 1

McGuinn, Hil
& Palefsk
535 Pacific A
San Francisco, CA 94133
(415) 421-9292

2

STIPULATION OF DISMISSAL WITH PREJUDICE